# MINUTE ORDER

Page 1

## Magistrate Judge Jonathan Goodman

**King Building Courtroom 11-3**　　　Date: 9/23/20　　Time: 1:00 p.m.

Defendant: Alejandro Javier Marin　　J#: 21036-104　　Case #: 20-3659-GOODMAN

AUSA: Quinshawna Landon　　Attorney: AFPD, Christian Dunham

Violation: S/D/NY/WARR/COMP/False Statements to Federal Law Enforcement　　Surr/Arrest Date: 9/19/2020　　YOB: 1973

Proceeding: Status Conference re: Initial Appearance　　CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No　　Recommended Bond:

Bond Set at:　　Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Language: English

Disposition:
Def. in isolation/COVID-19.
** Hearing Reset for 9/25/2020**

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**　Date:　　Time:　　Judge:　　Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE: (Initial Appearance) 9/25/2020 at 1:00pm (DUTY COURT MIA)

D.A.R. JG_01_09-23-2020/ZOOM　　Time in Court: 5 mins

s/Jonathan Goodman　　Magistrate Judge