# MINUTE ORDER

Page 1

## Magistrate Judge Jonathan Goodman

| King Building Courtroom 11-3 | Date: 9/25/20 | Time: 1:00 PM |

**Defendant:** Alejandro Javier Marin  **J#:** 21036-104  **Case #:** 20-3659-GOODMAN

**AUSA:** Cary Aronowitz  **Attorney:** AFPD Christian Dunham

**Violation:** S/D/NY/WARR/COMP/False Statements to Federal Law Enforcement  **Surr/Arrest Date:** 9/19/2020  **YOB:** 1973

**Proceeding:** Initial Appearance  **CJA Appt:**

**Bond/PTD Held:** ☐ Yes ☐ No  **Recommended Bond:**

**Bond Set at:**  **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

**Language:** English

**Disposition:** Def. to appear telephonically from FDC. Defendant consented to appear via VTC. Defendant held temp. PTD at Government request.

Time from today to ____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**  **Date:**  **Time:**  **Judge:**  **Place:**

**Report RE Counsel:**
**PTD Hearing:** 9/30/2020 at 1:30pm ( DUTY COURT MIA)
**Removal:** 9/30/2020 at 1:30pm ( DUTY COURT MIA)
**Status Conference RE:**
**D.A.R.** JG_01_09-25-2020/ZOOM  **Time in Court:** 5 mins.

s/Jonathan Goodman  Magistrate Judge