CLOSED

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: <u>1:20–mj–03659–JG</u>–1

Case title: USA v. Marin

Other court case number: 20 MAG 9491 Southern District of New York

Date Filed: 09/21/2020

Date Terminated: 10/05/2020

---

Assigned to: Magistrate Judge Jonathan Goodman

**<u>Defendant (1)</u>**

| | |
|---|---|
| **Alejandro Javier Marin** | represented by **Noticing FPD–MIA** |
| 21036–104 | 305–530–7000 |
| *YOB:1973 ENGLISH* | Email: <u>MIA_ECF@FD.org</u> |
| *TERMINATED: 10/05/2020* | *LEAD ATTORNEY* |
| | *ATTORNEY TO BE NOTICED* |
| | *Designation: Public Defender Appointment* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level (Opening)</u>** | |
|---|---|
| None | |

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level (Terminated)</u>** | |
|---|---|
| None | |

| **<u>Complaints</u>** | **<u>Disposition</u>** |
|---|---|
| Warr/Comp/SDNY/18USC1001/False Statements to Federal Law Enforcement | |

**<u>Plaintiff</u>**

**USA**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/21/2020 | <u>1</u> | | |

| | | | |
|---|---|---|---|
| | | | Magistrate Removal of Complaint from Southern District of New York Case number in the other District 20 MAG 9491 as to Alejandro Javier Marin (1). (yha) (Entered: 09/21/2020) |
| 09/22/2020 | | | Set/Reset Hearings as to Alejandro Javier Marin: Initial Appearance set for 9/25/2020 at 01:00 PM in Miami Division before MIA Duty Magistrate. (fbn) (Entered: 09/22/2020) |
| 09/23/2020 | | | Set/Reset Hearings as to Alejandro Javier Marin: Report Re: Counsel Hearing/ Initial Appearance set for 9/23/2020 at 01:00 PM in the Miami Division before MIA Duty Magistrate. (fbn) (Entered: 09/23/2020) |
| 09/23/2020 | 2 | | Invocation of Right to Silence and Counsel by Alejandro Javier Marin (Dunham, Christian) (Entered: 09/23/2020) |
| 09/23/2020 | 8 | | Minute Order for proceedings held before Magistrate Judge Jonathan Goodman: Status Conference in re: Initial Appearance as to Alejandro Javier Marin held on 9/23/2020., ( Initial Appearance set for 9/25/2020 01:00 PM in Miami Division before MIA Duty Magistrate). (Digital JG–01–9–23–20–ZOOM) Signed by Magistrate Judge Jonathan Goodman on 9/23/2020. (nf) (Entered: 09/24/2020) |
| 09/24/2020 | | | Set/Reset Hearings as to Alejandro Javier Marin: Initial Appearance set for 9/25/2020 at 01:00 PM in the Miami Division before MIA Duty Magistrate. Modified on 9/24/2020 (fbn). (Entered: 09/24/2020) |
| 09/24/2020 | 5 | | Notice of Filing Counsel's Email. The Local Rules prohibit attorneys from sending communications directly to the Court. Defense counsel's email, although copied to the prosecutor, is a prohibited communication. It should have been publicly filed as a succinct motion. The Undersigned is confident that counsel did not intend to violate the Local Rules. So, rather than striking it, I am uploading it on the public CM/ECF record, so that there is a paper trail (or digital trail) of the communication. (fbn) Modified on 9/24/2020 (fbn). (Entered: 09/24/2020) |
| 09/24/2020 | 6 | | PAPERLESS ORDER as to Alejandro Javier Marin, Initial Appearance set for 9/25/2020 at 01:00 PM in the Miami Division before MIA Duty Magistrate. The United States Attorney's Office is directed to coordinate with BOP officials at FDC Miami immediately and make all efforts to arrange for FDC to arrange a phone call between defense counsel (AFPD, Christian Dunham) and the Defendant for later today AND to ask that definitive COVID–19 test results be provided as soon as possible, so that the Court can hopefully hold Defendant's often–delayed "first appearance" tomorrow, September 25, 2020, at 1:00 p.m. The AUSA shall be prepared to discuss all steps taken to accomplish this directive. Signed by Magistrate Judge Jonathan Goodman on 9/24/2020. (fbn) (Entered: 09/24/2020) |
| 09/24/2020 | 7 | | Clerks Notice of Docket Correction. **Document 3 and 4 Restricted Due to Error**. (fbn) (Entered: 09/24/2020) |
| 09/25/2020 | 9 | | Minute Order for proceedings held before Magistrate Judge Jonathan Goodman: Initial Appearance as to Alejandro Javier Marin held on 9/25/2020. Date of Arrest or Surrender: 9/19/20. Deft consents to VTC. Govt req PTD. Detention |

|  |  |  | Hearing set for 9/30/2020 01:30 PM in Miami Division before MIA Duty Magistrate. Removal Hearing set for 9/30/2020 01:30 PM in Miami Division before MIA Duty Magistrate. Attorney added: Noticing FPD–MIA for Alejandro Javier Marin (Digital JG_01_09–25–2020/ZOOM) Signed by Magistrate Judge Jonathan Goodman on 9/25/2020. (dgj) (Entered: 09/28/2020) |
| 09/29/2020 | 10 |  | NOTICE OF HEARING as to Alejandro Javier Marin: Removal Hearing and Detention Hearing RESET for 10/5/2020 01:30 PM in Miami Division before MIA Duty Magistrate. (mdc) (Entered: 09/29/2020) |
| 10/05/2020 | 11 |  | Minute Order for proceedings held before Magistrate Judge Lauren Fleischer Louis: Status Conference re PTD/Removal as to Alejandro Javier Marin held on 10/5/2020. Deft consents to VTC. STIP TO PTD w/right to revisit in the SD/NY. Deft waives removal hrg. Waiver executed. Ordered removed to SD/NY. Order executed. (Digital 15:00:56/LFL_01_10–5–2020 p.m. ZOOM) Signed by Magistrate Judge Lauren Fleischer Louis on 10/5/2020. (dgj) (Entered: 10/07/2020) |
| 10/05/2020 | 12 |  | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Alejandro Javier Marin (dgj) (Entered: 10/07/2020) |
| 10/05/2020 | 13 |  | COMMITMENT TO ANOTHER DISTRICT as to Alejandro Javier Marin. Defendant committed to Southern District of New York. Closing Case for Defendant. Signed by Magistrate Judge Lauren Fleischer Louis on 10/5/2020. *See attached document for full details.* (dgj) (Entered: 10/07/2020) |

FILED BY _____ YR _____ D.C.

Sep 21, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

# UNITED STATES DISTRICT COURT

for the

## Southern District of New York

| United States of America | | |
|---|---|---|
| v. | ) | **20 MAG 9491** |
| ALEJANDRO JAVIER MARIN | ) | Case No. |
| | ) | |
| | ) | **20-MJ-3659-GOODMAN** |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ALEJANDRO JAVIER MARIN                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment      ❑ Superseding Indictment    ❑ Information    ❑ Superseding Information    ☑ Complaint
❑ Probation Violation Petition    ❑ Supervised Release Violation Petition    ❑ Violation Notice    ❑ Order of the Court

This offense is briefly described as follows:

  Three counts of violations of 18 U.S.C. 1001 (false statements to federal law enforcement)

JAMES L. COTT
United States Magistrate Judge

Date:      09/04/2020

*Issuing officer's signature*

City and state:    New York, New York

HON. JAMES L. COTT, USMJ, SDNY
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

Approved: _Amanda L Ho_____
            Samuel Adelsberg / Amanda Houle
            Assistant United States Attorneys

Before:    HONORABLE JAMES L. COTT
            United States Magistrate Judge
            Southern District of New York

- - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :
         - v. -                     :
                                    :
ALEJANDRO JAVIER MARIN,             :
                                    :
                    Defendant.      :
                                    :
- - - - - - - - - - - - - - - - - x

**20 MAG 9491**

**COMPLAINT**

Violations of
18 U.S.C. § 1001

COUNTY OF OFFENSE:
NEW YORK

SOUTHERN DISTRICT OF NEW YORK, ss.:

       TIMOTHY MCCANN, being duly sworn, deposes and says that
he is a Special Agent with Homeland Security Investigations ("HSI")
and charges as follows:

COUNT ONE
(Making a False Statement to a Federal Agent)

       1.   On or about August 18, 2020, in the Southern
District of New York and elsewhere, ALEJANDRO JAVIER MARIN, the
defendant, in a matter within the jurisdiction of the executive
branch of the Government of the United States, knowingly and
willfully falsified, concealed, and covered up material facts by
trick, scheme, and device, and made materially false, fictitious,
and fraudulent statements and representations, to wit, when
questioned by an HSI agent about whether MARIN had ever received
a sum of approximately $140,000 that was owed to the U.S.
Government, MARIN claimed that he had not received any of the
money, when in fact he had.

       (Title 18, United States Code, Section 1001(a).)

COUNT TWO
(Making a False Statement to a Federal Agent)

2.    On or about August 27, 2020, in the Southern
District of New York, ALEJANDRO JAVIER MARIN, the defendant, in a
matter within the jurisdiction of the executive branch of the
Government of the United States, knowingly and willfully
falsified, concealed, and covered up material facts by trick,
scheme, and device, and made materially false, fictitious, and
fraudulent statements and representations, to wit, MARIN told HSI
agents that the individual referred to herein as "Individual-1"
never asked MARIN for permission to take money from a package
containing criminally derived proceeds (the "Crime Proceeds") when
in fact MARIN had agreed that Individual-1 could take funds from
the package.

(Title 18, United States Code, Section 1001(a).)

COUNT THREE
(Making a False Statement to a Federal Agent)

3.    On or about August 27, 2020, in the Southern
District of New York, ALEJANDRO JAVIER MARIN, the defendant, in a
matter within the jurisdiction of the executive branch of the
Government of the United States, knowingly and willfully
falsified, concealed, and covered up material facts by trick,
scheme, and device, and made materially false, fictitious, and
fraudulent statements and representations, to wit, MARIN told HSI
agents that he had never prepared a package of money for
Individual-1 when in fact MARIN had.

(Title 18, United States Code, Section 1001(a).)

The bases for my knowledge and for the foregoing charges
are, in part, as follows:

4.    I am a Special Agent with HSI.  This affidavit is
based upon my conversations with law enforcement officers, my
discussions with ALEJANDRO JAVIER MARIN, the defendant, described
herein, my review of electronic messages from MARIN's phone, as
well as my review of banking records.  Because this affidavit is
being submitted for the limited purpose of establishing probable
cause, it does not include all the facts that I have learned during
the course of the investigation.  Where the actions, statements,
and conversations of others are reported herein, they are reported
in substance and in part, except where otherwise indicated.

2

<u>*The Defendant's Undisclosed Diversion of Criminal Proceeds to a*</u>
<u>*Foreign Associate*</u>

        5.    Based on my participation in this investigation, my review of law enforcement reports, my conversations with law enforcement officers, my review of electronic messages sent and received by ALEJANDRO JAVIER MARIN, the defendant, and my review of bank records provided to HSI by MARIN, I know the following, in substance and in part:

        a.    In or about January 2018, MARIN signed an agreement to act as a confidential source for HSI. As part of his work as a confidential source, MARIN assisted in an investigation relating to illicit transactions and other illegal activities by co-conspirators located in the United States as well as abroad.

        b.    In or about June 2018, targets of the investigation (the "Targets") agreed to transport criminally derived proceeds, *i.e.*, the above-referenced Crime Proceeds, into the United States on a private plane. HSI agents directed MARIN to retrieve the Crime Proceeds from the Targets and fly the plane carrying the Crime Proceeds into the United States. HSI agents advised MARIN that the Crime Proceeds would then be seized by HSI and forfeited to the United States.

        c.    On or about July 3, 2018, MARIN sent a photograph to an HSI agent of the Crime Proceeds. The photograph displayed six packages, each labeled with a name and amount of money in Euros (the "Packages"). The total value of Euros listed on the Packages was 1,297,500 Euros. One package in particular listed "MARIN" and the amount "999,400 EURO" ("Package-1").

        d.    Also on or about July 3, 2018, MARIN exchanged electronic messages with a foreign associate ("Individual-1") indicating that MARIN had the Packages delivered to Individual-1.[1] Individual-1 then wrote to MARIN that a "football partner" associated with Individual-1 needed "100 in cash" that would be paid back to a company owned by MARIN (the "Company") in approximately one month. MARIN responded, "you call the shots" and directed Individual-1 to "[g]ive me today's exchange rate and close it with the first ones that you have there." Based on my

_____

[1] HSI forensically imaged MARIN's phones with his consent in or about October 2018 and April 2019. The messages exchanged between MARIN and Individual-1 described herein were written in Spanish. English language translations provided herein are based on draft translations that are subject to change.

participation in this investigation and my review of MARIN's messages with Individual-1, I believe Individual-1 was asking MARIN whether he could take money from the Packages for an individual associated with a foreign soccer team and MARIN agreed.

e. On or about July 25, 2018, MARIN wrote to Individual-1 that a "package" was "getting done" for Individual-1 in the amount of "514,000" Euros.

f. On or about July 26, 2018, MARIN transported the Packages into the United States via a private plane. Upon receiving the Packages, HSI agents observed that Package-1 had been opened and appeared to contain less than the "999,400 EURO" listed on the front of the package. While HSI did not record the amount of money in Package-1 in particular, based on my review of law enforcement reports and my discussions with HSI agents, I know that the Packages in total contained 829,200 Euros, not the 1,297,500 Euros listed on the Packages, and that Package-1 was the only package that appeared to have been opened.

g. On or about July 27, 2018, in response to questioning by an HSI agent regarding Package-1, MARIN stated, in substance and in part, that Package-1 had been opened by Individual-1, who MARIN said he had entrusted with safekeeping the Crime Proceeds outside the United States. MARIN further stated, in substance and in part, that he believed he could convince Individual-1 to repay approximately $140,000 toward the money missing from Package-1. HSI agents instructed MARIN to assist in recovering that approximately $140,000, which the HSI agents made clear would then be seized by HSI. HSI agents instructed MARIN to have Individual-1 wire the $140,000 to a U.S. bank account controlled by HSI (the "Account").

h. On or about August 6 and August 7, 2018, MARIN told an HSI agent that Individual-1 had attempted to wire the $140,000 in two installments to the Account but the wires were rejected, which is consistent with electronic messages recovered by law enforcement from MARIN's phone.

i. On or about January 28, 2019, the Company (which was owned by MARIN) received a wire transfer in the amount of $39,955.

j. Also on or about January 28, 2019, MARIN sent an electronic message to Individual-1 stating, "My buddy, the 40k came in today."

4

        k.    On or about June 5, 2019, the Company received a wire transfer from an organization connected to Individual-1 that is affiliated with a foreign soccer team (the "Organization") in the amount of $90,000.

        l.    As detailed below, MARIN did not timely disclose that he recovered approximately $130,000 toward the money missing from Package-1, MARIN kept the money, and MARIN made false statements to HSI regarding his receipt of the money and his corresponding dealings with Individual-1.

### *The Defendant's False Statements During August 2020 Telephone Calls with HSI*

        6.    In or about August 2020, I participated in a series of telephone calls with ALEJANDRO JAVIER MARIN, the defendant, and representatives from the U.S. Attorney's Office. Based on my participation in those calls, and my review of my contemporaneous notes, I know the following, in substance and in part:

        a.    During an August 6, 2020 telephone call, a representative from the U.S. Attorney's Office advised MARIN that it is a crime to lie to HSI agents. MARIN responded that he understood.

        b.    During an August 18, 2020 telephone call, MARIN stated, in substance and in part, that Individual-1 never asked MARIN for permission to take money from the Packages. MARIN further stated, in substance and in part, that Individual-1 agreed to wire approximately $140,000 as partial repayment for the money taken from Package-1; that the wire transfer was supposed to be paid on Individual-1's behalf by a company associated with a foreign soccer team; and that MARIN never received the wire transfer.

        c.    During an August 21, 2020 telephone call, MARIN reiterated, in substance and in part, that Individual-1 agreed to wire MARIN approximately $140,000 as partial repayment for the money taken from Package-1, but that Individual-1 never provided MARIN that money. MARIN further stated, in substance and in part, that he never received any benefit from Individual-1 in connection with the money that was taken from Package-1.

### *The Defendant's False Statements to HSI During an August 27, 2020 Interview*

        7.    On or about August 27, 2020, I participated in an interview of ALEJANDRO JAVIER MARIN, the defendant, at an HSI

office in Manhattan, New York. Based on my participation in that interview, and my review of a recording of the interview, I know the following, in substance and in part:

   a. At the start of the interview, I reminded MARIN that it is a crime to lie to HSI agents.

   b. During the interview, MARIN continued to indicate, as he did during the August 2020 calls described above, that he had not recovered from Individual-1 any of the money missing from Package-1.

   c. MARIN further stated the following, in substance and in part:

   i. MARIN never provided Individual-1 cash, and never created a package of cash for Individual-1; and

   ii. Individual-1 never asked MARIN for permission to open Package-1 or take money from it.

### *The Defendant's August 28, 2020 Admission*

   8. On or about August 28, 2020, I received a telephone call from ALEJANDRO JAVIER MARIN, the defendant. Based on my participation in that call, and my review of a recording of that call, I know that MARIN stated, in substance and in part, that, after further consideration and consultation with his accountant, he now recalled that he had in fact received approximately $130,000 from Individual-1 as payment for the money that was missing from Package-1. MARIN further stated, in substance and in part, that he had received approximately $130,000 from Individual-1 via two wire transfers to the Company in January and June 2019, and that at least a portion of the money was received from the Organization on behalf of Individual-1.

6

WHEREFORE, deponent respectfully requests that a warrant be issued for the arrest of ALEJANDRO JAVIER MARIN, the defendant, and that he be imprisoned or bailed, as the case may be.


/s/ Timothy McCann
TIMOTHY MCCANN
Special Agent
Homeland Security Investigations



Sworn to me through the
transmission of this Complaint
by reliable electronic means, pursuant to
Federal Rule of Criminal Procedure 4.1,
this 4th day of September, 2020


JAMES L. COTT
United States Magistrate Judge

7

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Magistrate Judge Jonathan Goodman (goodman@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:20373845@flsd.uscourts.gov
Subject:Activity in Case 1:20-mj-03659-JG USA v. Marin Set/Reset Hearings
Content-Type: text/html
```

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 9/23/2020 at 9:42 AM EDT and filed on 9/23/2020

**Case Name:**      USA v. Marin
**Case Number:**   1:20-mj-03659-JG
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Set/Reset Hearings as to Alejandro Javier Marin: Report Re: Counsel Hearing/ Initial Appearance set for 9/23/2020 at 01:00 PM in the Miami Division before MIA Duty Magistrate. (fbn)**

**1:20-mj-03659-JG-1 Notice has been electronically mailed to:**

**1:20-mj-03659-JG-1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Magistrate Judge Jonathan Goodman (goodman@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
```

Message-Id:20372364@flsd.uscourts.gov
Subject:Activity in Case 1:20-mj-03659-JG USA v. Marin Set/Reset Hearings
Content–Type: text/html

## U.S. District Court

### Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 9/22/2020 at 4:10 PM EDT and filed on 9/22/2020

| | |
|---|---|
| **Case Name:** | USA v. Marin |
| **Case Number:** | 1:20–mj–03659–JG |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Set/Reset Hearings as to Alejandro Javier Marin: Initial Appearance set for 9/25/2020 at 01:00 PM in Miami Division before MIA Duty Magistrate. (fbn)**

**1:20–mj–03659–JG–1 Notice has been electronically mailed to:**

**1:20–mj–03659–JG–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-3659-GOODMAN

UNITED STATES OF AMERICA,
            Plaintiff,

v.

ALEJANDRO JAVIER MARIN,

            Defendant.
_____/

## DEFENDANT'S INVOCATION OF
## RIGHT TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his right to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to, matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures, or that may be relevant to sentencing, enhanced punishments, factors applicable under the U. S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction, appeals or other post-trial proceedings.

The defendant requests that the U. S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters

1

relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

                    Respectfully submitted,

                    MICHAEL CARUSO
                    FEDERAL PUBLIC DEFENDER


        BY:    *s/ Christian Dunham*
                    Christian Dunham
                    Assistant Federal Public Defender
                    Florida Bar No. 146587
                    150 West Flagler Street
                    Suite 1700
                    Miami, Florida 33130-1555
                    Tel:   305-530-7000
                    E-Mail Address: Christian_Dunham@fd.org


## CERTIFICATE OF SERVICE

I HEREBY certify that on September 23, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                     *s/Christian Dunham*
                    Christian Dunham

2

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Magistrate Judge Jonathan Goodman (goodman@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:20377919@flsd.uscourts.gov
Subject:Activity in Case 1:20-mj-03659-JG USA v. Marin Set/Reset Hearings
Content-Type: text/html
```

### U.S. District Court

### Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 9/24/2020 at 10:27 AM EDT and filed on 9/24/2020

| | |
|---|---|
| **Case Name:** | USA v. Marin |
| **Case Number:** | 1:20-mj-03659-JG |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Set/Reset Hearings as to Alejandro Javier Marin: Initial Appearance set for 9/25/2020 at 01:00 PM in the Miami Division before MIA Duty Magistrate.**

The United States Attorney's Office is directed to coordinate with BOP officials at FDC Miami immediately and make all efforts to arrange for FDC to arrange a phone call between defense counsel (AFPD, Christian Dunham) and the Defendant for later today AND to ask that definitive COVID–19 test results be provided as soon as possible, so that the Court can hopefully hold Defendant's often–delayed "first appearance" tomorrow, September 25, 2020, at 1:00 p.m. The AUSA shall be prepared to discuss all steps taken to accomplish this directive. Signed by Magistrate Judge Jonathan Goodman on 9/24/2020. (fbn)

**1:20–mj–03659–JG–1 Notice has been electronically mailed to:**

**1:20–mj–03659–JG–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

## Trina Bynum-Stinson

| | |
|---|---|
| **From:** | Christian Dunham <Christian_Dunham@fd.org> |
| **Sent:** | Thursday, September 24, 2020 9:24 AM |
| **To:** | Trina Bynum-Stinson |
| **Cc:** | Landon, Quinshawna (USAFLS); Houle, Amanda (USANYS) |
| **Subject:** | Alejandro Javier Marin (Reg # 21036-104) 20-3659-GOODMAN |

Good morning Trina,

I am emailing you about the above named defendant. Could you please forward this email to Judge Goodman this morning? I have cc'd both the SDFL duty AUSA and the SDNY AUSA who is prosecuting the case.

Your honor, we are requesting the court's assistance in the above styled cause. As you will remember from yesterday's court appearance, Mr. Marin was arrested on Saturday September 19, 2020 here in the Southern District of Florida. However, due to a possible COVID-19 diagnosis he has been placed into an isolation unit at FDC-Miami and has yet to appear for his initial appearance. We had scheduled a legal phone call with Mr. Marin for this morning at 8:30am. However, FDC-Miami did not execute the scheduled legal call. Accordingly, we are now on day five of the defendant being in custody with no contact with the court and no contact with a lawyer concerning his pending legal matters. We are requesting for the Court to assist us in scheduling a legal phone call with the above named client as soon as possible. Thank you for your kind assistance with this matter.

Christian Dunham
AFPD

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Magistrate Judge Jonathan Goodman (goodman@flsd.uscourts.gov)
--Non Case Participants: AUSA (caseview.ecf@usdoj.gov, e.j.yera@usdoj.gov), Federal Public
Defender (fls_ecf@fd.org)
--No Notice Sent:

Message-Id:20378114@flsd.uscourts.gov
Subject:Activity in Case 1:20-mj-03659-JG USA v. Marin Order
```
Content–Type: text/html

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 9/24/2020 at 10:56 AM EDT and filed on 9/24/2020

**Case Name:**       USA v. Marin
**Case Number:**   1:20–mj–03659–JG
**Filer:**
**Document Number:** 6(No document attached)
**Docket Text:**
 **PAPERLESS ORDER as to Alejandro Javier Marin, Initial Appearance set for 9/25/2020 at
01:00 PM in the Miami Division before MIA Duty Magistrate.**

The United States Attorney's Office is directed to coordinate with BOP officials at FDC Miami immediately
and make all efforts to arrange for FDC to arrange a phone call between defense counsel (AFPD, Christian
Dunham) and the Defendant for later today AND to ask that definitive COVID–19 test results be provided as
soon as possible, so that the Court can hopefully hold Defendant's often–delayed "first appearance" tomorrow,
September 25, 2020, at 1:00 p.m. The AUSA shall be prepared to discuss all steps taken to accomplish this
directive. Signed by Magistrate Judge Jonathan Goodman on 9/24/2020. (fbn)


**1:20–mj–03659–JG–1 Notice has been electronically mailed to:**

**1:20–mj–03659–JG–1 Notice has not been delivered electronically to those listed below and will be
provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Magistrate Judge Jonathan Goodman (goodman@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:20378124@flsd.uscourts.gov
Subject:Activity in Case 1:20-mj-03659-JG USA v. Marin Clerks Notice of Docket Correction
```
- Chambers and Clerks
Content–Type: text/html

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 9/24/2020 at 10:58 AM EDT and filed on 9/24/2020

| | |
|---|---|
| **Case Name:** | USA v. Marin |
| **Case Number:** | 1:20–mj–03659–JG |
| **Filer:** | |
| **Document Number:** | 7(No document attached) |

**Docket Text:**
 **Clerks Notice of Docket Correction. Document [3] and [4] Restricted Due to Error. (fbn)**

**1:20–mj–03659–JG–1 Notice has been electronically mailed to:**

**1:20–mj–03659–JG–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

# MINUTE ORDER

Page 1

## Magistrate Judge Jonathan Goodman

| **King Building Courtroom 11-3** | Date: 9/23/20 | Time: 1:00 p.m. |
|---|---|---|

Defendant: Alejandro Javier Marin    J#: 21036-104    Case #: 20-3659-GOODMAN

AUSA: Quinshawna Landon    Attorney: AFPD, Christian Dunham

Violation: S/D/NY/WARR/COMP/False Statements to Federal Law Enforcement    Surr/Arrest Date: 9/19/2020    YOB: 1973

Proceeding: Status Conference re: Initial Appearance    CJA Appt:

Bond/PTD Held: ⃝ Yes  ⃝ No    Recommended Bond:

Bond Set at:    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language: English

☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Disposition:
Def. in isolation/COVID-19.
** Hearing Reset for 9/25/2020 **

Time from today to ____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE: (Initial Appearance) 9/25/2020 at 1:00pm (DUTY COURT MIA)

D.A.R. JG_01_09-23-2020/ZOOM    Time in Court: 5 mins

s/Jonathan Goodman    Magistrate Judge

20

# MINUTE ORDER

Page 1

## Magistrate Judge Jonathan Goodman

| King Building Courtroom 11-3 | | Date: 9/25/20 | Time: 1:00 PM |
|---|---|---|---|

Defendant: Alejandro Javier Marin     J#: 21036-104     Case #: 20-3659-GOODMAN

AUSA: Cary Aronowitz                              Attorney: AFPD Christian Dunham

Violation: S/D/NY/WARR/COMP/False Statements to Federal Law Enforcement     Surr/Arrest Date: 9/19/2020     YOB: 1973

Proceeding: Initial Appearance                              CJA Appt:

Bond/PTD Held: ○ Yes   ○ No        Recommended Bond:

Bond Set at:                                              Co-signed by:

Language: English

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____

Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Disposition:

Def. to appear telephonically from

FDC. Defendant consented to appear

via VTC. Defendant held temp. PTD at

Government request.

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|

Report RE Counsel:

PTD Hearing: 9/30/2020 at 1:30pm ( DUTY COURT MIA)

Removal: 9/30/2020 at 1:30pm ( DUTY COURT MIA)

Status Conference RE:

D.A.R. JG_01_09-25-2020/ZOOM                         Time in Court: 5 mins.

s/Jonathan Goodman                              Magistrate Judge

21

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing FPD-MIA (carmen_dominguez@fd.org, mia_ecf@fd.org),
Magistrate Judge Jonathan Goodman (goodman@flsd.uscourts.gov)
--Non Case Participants: United States Pretrial, Probation and PSIunit Office (Court Desk)
(flsp_cd@flsp.uscourts.gov)
--No Notice Sent:

Message-Id:20391260@flsd.uscourts.gov
Subject:Activity in Case 1:20-mj-03659-JG USA v. Marin Notice of Hearing
```
Content−Type: text/html

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 9/29/2020 at 1:21 PM EDT and filed on 9/29/2020

| | |
|---|---|
| **Case Name:** | USA v. Marin |
| **Case Number:** | <u>1:20−mj−03659−JG</u> |
| **Filer:** | |
| **Document Number:** | 10(No document attached) |

**Docket Text:**
 **NOTICE OF HEARING as to Alejandro Javier Marin: Removal Hearing and Detention Hearing RESET for 10/5/2020 01:30 PM in Miami Division before MIA Duty Magistrate. (mdc)**


**1:20−mj−03659−JG−1 Notice has been electronically mailed to:**

Noticing FPD−MIA &nbsp &nbsp MIA_ECF@FD.org, carmen_dominguez@fd.org

**1:20−mj−03659−JG−1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

# MINUTE ORDER

Page 13

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**  Date: 10/5/20  Time: 1:30 p.m.

Defendant: Alejandro J. Marin  J#: 21036-104  Case #: 20-3659-Goodman

AUSA: Lauren Astigarraga  Attorney: Afpd Christian Dunham

Violation: S/D/NY/WARR/COMP/False Statements to Federal Law Enforcement  Surr/Arrest Date:  YOB:

Proceeding: Ptd & Removal  CJA Appt:

Bond/PTD Held: ⚬ Yes  ✓ No  Recommended Bond: Ptd

Bond Set at:  Co-signed by:

| | |
|---|---|
| ☐ Surrender and/or do not obtain passports/travel docs | Language: English |
| ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person | Disposition: Defendant consented to appear via video |
| ☐ Random urine testing by Pretrial Services  Treatment as deemed necessary | |
| ☐ Refrain from excessive use of alcohol | **STIP PTD w/right to revisit in the Southern District of New York** |
| ☐ Participate in mental health assessment & treatment | |
| ☐ Maintain or seek full-time employment/education | **Defendant waives Removal hearing;** |
| ☐ No contact with victims/witnesses, except through counsel | **Waiver executed. Ordered removed** |
| ☐ No firearms | **to the Southern District of New York;** |
| ☐ Not to encumber property | **Order executed** |
| ☐ May not visit transportation establishments | |
| ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____ | |
| ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment | |
| ☐ Travel extended to: | Time from today to _____ excluded from Speedy Trial Clock |
| ☐ Other: | |

**NEXT COURT APPEARANCE**  Date:  Time:  Judge:  Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 15:00:56/LFL_01_10-5-20 3:00 p.m. zoom  Time in Court: 25 mins

s/Lauren F. Louis  Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No: 20-3659-Goodman

United States of America
        Plaintiff,
        v.

Charging District's Case No.   20-MAG-9491

Alejandro J. Marin,
        Defendant.
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **Southern District of New York.**

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)     an identity hearing to determine whether I am the person named in the charges;
(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5)     a hearing on any motion by the government for detention;
(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☒ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10/5/20

Defendant's Signature

Lauren F. Louis
United States Magistrate Judge

# United States District Court
## Southern District of Florida
Case No. 20-3659-Goodman

UNITED STATES OF AMERICA,

    v.

                    Charging District's Case No. 20-MAG-9491

Alejandro J. Marin,
(USM# 21036-104)
_____ /

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Southern District of New York.

Afpd **was appointed to represent Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 10/5/20.

                                 _____
                          Lauren F. Louis
                          United States Magistrate Judge